# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0078
Lower Tribunal No. 2022-CA-002739

_____

GEORGE IVES TAY,

Appellant,

v.

LAKELAND POLICE DEPARTMENT,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Ellen S. Masters, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

STARGEL, BROWNLEE and GANNAM, JJ., concur.


George Ives Tay, Tallahassee, pro se.

Jean M. Henne, of Jean M. Henne, P.A., Winter Haven, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED